IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 2:21-00160

JULIO HISAEL ALMONTE

### AMENDED MEMORANDUM OPINION AND ORDER[1]

Pending before the court is the motion of defendant for a continuance of trial and all related deadlines and for a finding of excludable time under the Speedy Trial Act. (ECF No. 33.) The government does not object to this motion, which seeks a continuance of seventy-five days.

In support of defendant's motion, counsel for defendant states as follows: The court held a hearing on defendant's motion to suppress on January 12, 2022, but the motion will not be ripe for decision until the parties file their post-hearing briefs. The parties cannot adequately prepare for trial or finalize plea negotiations while the motion remains pending.

Furthermore, the government has indicated its intent to seek a superseding indictment. If the trial schedule holds steady, the government will do so within the next two weeks, but if the matter is continued, the government will not do so within

---

[1] The court's previous Memorandum Opinion and Order (ECF No. 36) is hereby amended to correct the date by which Jury Instructions and Proposed Voir Dire are due.

that timeframe.  Finally, defendant is on bond out of state, which, together with the COVID-19 pandemic, complicates counsel's ability to consult with defendant and prepare for trial.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1. The deadline for the filing of pretrial motions is continued to **March 29, 2022;**
2. The Pretrial Motions Hearing is continued to **April 5, 2022, at 2:00 p.m.** in Charleston;
3. Jury Instructions and Proposed Voir Dire are due by **April 27, 2022;**
4. Trial of this action is continued to **May 4, 2022, at 9:30 a.m.** in Charleston; and

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 19th day of January, 2022.

ENTER:

David A. Faber
Senior United States District Judge